

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:      01-20-00553-CV

Trial Court Cause
Number:      2014-71749

Style:      Rescue Concepts Inc.

v. HouReal Corporation

Date motion filed[*]:      September 23, 2022

Type of motion:      Motion for Extension of Time

Party filing motion:      Appellant/Cross-Appellee

Document to be filed:      Response to Motion for En Banc Reconsideration

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

      Original due date:      October 6, 2022

      Number of previous extensions granted:      0

      Date Requested:      21 days

Ordered that motion is:

    ☒    Granted

        If document is to be filed, document due: **October 27, 2022**

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature: /s/ April L. Farris
        ☒ Acting individually    ☐ Acting for the Court

Date: September 29, 2022